UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTONIO WILLIAMS,<br><br>Defendant. | Criminal Action No. 02-340-01<br>CKK/DAR |

**FILED**

AUG - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### REPORT AND RECOMMENDATION

Defendant, his counsel, his assigned United States Probation Officer and an Assistant United States Attorney appeared before the undersigned United States Magistrate Judge on July 23, 2007 for a preliminary revocation hearing.

On November 7, 2002, the Defendant pled guilty to unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for one year in violation of 18 U.S.C. § 922(g). Defendant was sentenced on March 10, 2003 to 57 months incarceration followed by a 36-month term of supervised release. Supervision commenced on February 21, 2007, and is scheduled to expire on February 20, 2010.

In a Form 12 filed on July 2, 2007 the Defendant's Probation Officer alleged that Defendant committed three violations of his conditions of supervised release: engaging in new criminal conduct, failing to refrain from drug use and failing to comply with outpatient drug treatment.

At the July 23 hearing, Defendant conceded the second and third violations and the

United States v. Williams                                                                                                    2

Probation Officer withdrew the first alleged violation.

    The Probation Officer recommended that Defendant's conditions of supervised release be modified. The Probation Officer recommended that the Defendant be placed in a five-day detoxification program, and then a 90-day inpatient drug treatment program. Defendant and counsel for the government concurred in the Probation Officer's recommendation. The Probation Officer, the Defendant and the government all waive the right to a final revocation hearing before the assigned United States District Judge.

    The undersigned finds that Defendant violated his conditions of supervised release as alleged in the second and third alleged violations, and recommends that the sentencing court modify Defendant's conditions of supervised release in accordance with the Probation Officer's recommendation.

    It is, this 24th day of July, 2007,

**SO RECOMMENDED.**

_____
DEBORAH A. ROBINSON
United States Magistrate Judge


**SO ORDERED:**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Aug. 1, 2007
DATE